

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00051-CR

_____

STEVEN DEWAYNE PRUITT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1323451

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Steven Dewayne Pruitt was convicted on an open plea of guilty of delivery of marihuana between one-fourth of an ounce and five pounds in a drug-free zone. He was sentenced to two years' imprisonment. This case was tried along with two other companion cases, which are subjects of two other pending appeals before this Court.[1] Pruitt filed a single, consolidated brief covering all three appeals, in which he contends that his guilty pleas were not voluntary because of the trial court's failure to properly admonish Pruitt regarding sentencing in connection with the burglary of a habitation charge.

The argument raised in this appeal is based exclusively on the argument of error brought before this Court in the companion appeal styled *Pruitt v. State*, cause number 06-14-00058-CR. In our opinion of this date disposing of that appeal, we found error, but that it did not affect the substantial rights of the defendant. Pruitt contends in connection with this appeal that the error necessarily made his plea in this case involuntary. For the reasons set out in that opinion, we conclude in this case that no harm has been shown and overrule the issue as it applies to this appeal.

---

[1]In companion case 06-14-00058-CR, Pruitt appeals from a conviction of burglary of a habitation with the exhibition of a deadly weapon. In companion case 06-14-00059-CR, Pruitt appeals from a conviction of delivery of marihuana in an amount between one-fourth ounce and five pounds in a drug-free zone.

We affirm the judgment.

Bailey C. Moseley
Justice

Date Submitted:     February 25, 2015
Date Decided:       April 8, 2015

Do Not Publish